Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-13072-E

| Caption: | |
|---|---|
| Mize Farm, LLC v. Commissioner of Internal Revenue | District and Division: U.S. Tax Court<br>Name of Judge: Ronald L. Buch<br>Nature of Suit: Disallowance of deduction for conservation easement |
| | Date Complaint Filed: June 6, 2023<br>District Court Docket Number: 8979-23 |
| | Date Notice of Appeal Filed: August 27, 2026<br>☐ Cross Appeal ☐ Class Action |
| | Has this matter previously been before this court?<br>☐ Yes ☒ No<br>If Yes, provide<br>(a) Caption: ____<br>(b) Citation: ____<br>(c) Docket Number: ____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Andrew M. Beal | Beal Sutherland Berlin & Brown, LLC, 945 East Paces Ferry Rd., Ste. 2275, Atlanta, GA 30326 | (404) 688-2700<br>drew@beal.law |
| For Appellee:<br>☐ Plaintiff<br>☒ Defendant<br>☐ Other (Specify) | Lolita De Palma | USDOJ<br>P.O. Box 502<br>Washington, DC 20044 | (202) 514-8456<br>lolita.depalma@usdoj.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☒ US Defendant | ☒ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☒ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other ____ | Amount Sought by Plaintiff: $____<br>Amount Sought by Defendant: $____<br>Awarded: $____ to ____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |

 11th Circuit Docket Number: 26-13072-E

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☒ No
What is the issue you claim is one of First Impression? ____________

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☒ Yes ☐ No

If Yes, provide
(a) Case Name/Statute 26 U.S. Code § 170
(b) Citation ____________
(c) Docket Number if unreported ____________

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☒ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☒ No

If Yes, provide
(a) Case Name ____________
(b) Citation ____________
(c) Docket Number if unreported ____________
(d) Court or Agency ____________

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☒ No
(b) Among circuits? ☐ Yes ☒ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

1) Whether the US Tax Court erred in its application and analysis of 26 C.F.R. § 1.170A-14, et. seq. in its determination of highest and best use and value of Mize Farm's charitable contribution.

2) If the Court erred, do penalties apply?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 22nd DAY OF September, 2026.

Andrew M. Beal
NAME OF COUNSEL (Print)

/s/
SIGNATURE OF COUNSEL